| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Clinton Brown<br>16821 Edgar Street<br>Pacific Palisades, CA 90272<br>310-487-6453 | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>APR 20 2023<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___EEE___ DEPUTY |
| ATTORNEY(S) FOR: Clinton Brown, Pro Se, Plaintiff | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CLINTON BROWN<br><br>Plaintiff(s),<br>v.<br>EMIL ASSENTATO, TAX DEED ENTERPRISES LLC, STEVE WEERA TONASUT TRUST,<br><br>Defendant(s) | CASE NUMBER:<br><br>LACV23-02972-FMO(Ex)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Clinton Brown_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| | |

04/19/2023
Date

Clinton Brown
Signature

Attorney of record for (or name of party appearing in pro per):

_____

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES