Name: Clinton Brown
Address: 16821 Edgar Street
Pacific Palisades, CA 90272
Phone Number: 310-487-3453
Email Address: clinton@atlasinc.solar
*Pro Se*

```
FILED
CLERK, U.S. DISTRICT COURT

APR 20 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___EEE___ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN <br><br> PLAINTIFF(S) <br> v. <br> EMIL ASSENTATO, TAX DEED ENTERPRISES LLC, STEVE WEERA TONASUT TRUST, <br><br> DEFENDANT(S) | CASE NUMBER <br> LACV23-02972-FMO(Ex) <br><br> **APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

As the ☒ Plaintiff  ☐ Defendant  in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   - [✓] A Computer with internet access.
   - [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✓] A scanner to convert documents that are only in paper format into electronic files.
   - [✓] A printer or copier to create required paper copies such as chambers copies.
   - [✓] A word-processing program to create documents; and
   - [✓] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 04/20/2023                                Signature: _____

CV-005 (02/20)                   APPLICATION FOR PERMISSION FOR ELECTRONIC FILING