# UNITED STATES DISTRICT COURT
for the
Central District of California



FILED
CLERK, U.S. DISTRICT COURT
5/4/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___gga___ DEPUTY

| | |
|---|---|
| **CLINTON BROWN** | )<br>)<br>) |
| *Plaintiff* | )<br>) |
| v. | ) Civil Action No.<br>) LACV23-02972-FMO(Ex)<br>) |
| **EMIL ASSENTATO, TAX DEED ENTERPRISES LLC, STEVE WEERA TONASUT TRUST,** | )<br>)<br>) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Adela Velazquez, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Steve Weera Tonasut Trust in Los Angeles County, CA on April 27, 2023 at 8:01 pm at 6928 Owensmouth Ave, Suite 200, Woodland Hills, CA 91303 by leaving the following documents with Steve Weera Tonasut who as Agent for Service of Process is authorized by appointment or by law to receive service of process for Steve Weera Tonasut Trust.

Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges

Additional Description:
I did not have access to the property. I rang the doorbell and called out Steve Weera Tonasut's name. He looked through the window and met me at the gate. I served the documents to him.

Asian Male, est. age 65, glasses: Y, Gray hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.1500901,-118.5773881
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Los Angeles County   ,

   CA    on   5/1/2023   .

/s/ *Adela Velazquez*

Adela Velazquez - (818) 804-6789
Registration No.: 2017242308
Registration County: Los Angeles County, CA