# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clinton Brown,<br><br>PLAINTIFF(S)<br>v.<br>Emil Assentato,<br><br>DEFENDANT(S) | CASE NUMBER<br>LA CV 23-02972-MEMF-(KSx)<br><br>ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |

IT IS ORDERED that the Application for Permission for Electronic Filing by

Clinton Brown    is hereby:

☑  GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated:    May 16, 2023

_____
United States District/Magistrate Judge

☐  DENIED

*Comments:*

Dated: _____

_____
United States District/Magistrate Judge