# UNITED STATES DISTRICT COURT

for the
Central District of California



**CLINTON BROWN**

*Plaintiff*

v.

**EMIL ASSENTATO, TAX DEED ENTERPRISES
LLC, STEVE WEERA TONASUT TRUST**

*Defendant*

)
)
)
)
)
)
)
)
)

Civil Action No.
LACV23-02972-FMO(Ex)

## AFFIDAVIT OF NONSERVICE

I, Afifa Saljuki, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Tax Deed Enterprises LLC as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: April 27, 2023 10:46 am
Address: 860 Seabright Ln, Solana Beach, CA 92075
Photo: See Exhibits 1a, 1b below
Geolocation: https://google.com/maps?q=33.003112793,-117.2732374066
Description of attempt: The gate was locked and I did not have access. I asked the gardeners next door but they did not know of another way to access the property.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Afifa saljuki*

Afifa Saljuki - (858) 220-6281
Registration No.: 9517
Registration County: San Diego

Executed in

San Diego County ,

CA     on     5/10/2023     .

Exhibit 1a)



Exhibit 1b)

