# UNITED STATES DISTRICT COURT
for the
Central District of California



|  |  |
|---|---|
| **CLINTON BROWN** )<br><br>*Plaintiff* )<br>)<br>v. )<br>)<br>**EMIL ASSENTATO, TAX DEED ENTERPRISES LLC, STEVE WEERA TONASUT TRUST** )<br>)<br>*Defendant* ) | Civil Action No.<br>LACV23-02972-FMO(Ex) |

## AFFIDAVIT OF NONSERVICE

I, Luz Zuta, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Tax Deed Enterprises LLC as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: May 3, 2023 11:23 am
Address: 1184 S Westlake Blvd, Unit B, Westlake Village, CA 91361
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=34.1492919922,-118.8364010398
Description of attempt: The address was an apartment complex with unit letters and I need the apartment unit letter to attempt.

Serve Attempt #2
Date / Time: May 5, 2023 7:58 pm
Address: 1184 S Westlake Blvd, Unit B, Westlake Village, CA 91361
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=34.1493530273,-118.8364979141
Description of attempt: There was no answer but the lights were on inside.

Serve Attempt #3
Date / Time: May 7, 2023 9:39 am
Address: 1184 S Westlake Blvd, Unit B, Westlake Village, CA 91361
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=34.1497497559,-118.8403106565
Description of attempt: There was no answer. A neighbor from unit b said he did not know Matthew Poiset and Michael lived there. He said Michael had a red truck and if the truck was there, he was home.

Serve Attempt #4
Date / Time: May 9, 2023 9:37 am
Address: 1184 S Westlake Blvd, Unit B, Westlake Village, CA 91361
Photo: See Exhibit 4a below
Geolocation: https://google.com/maps?q=34.1491699219,-118.8364243204
Description of attempt: At the address, the red truck was there. The resident said they did not know Matthew Poiset. Another neighbor said they did not know Matthew and he did not live there. They said knew the man that lived there and his name was not Matthew.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Los Angeles County__,
__CA__ on __5/15/2023__.

/s/ *Luz Zuta*
_____
Luz Zuta - (415) 250-1582
Registration No.: 718
Registration County: Ventura County

Exhibit 1a)



Exhibit 2a)



Exhibit 3a)



Exhibit 4a)

