

Board of Supervisors

Hilda L. Solis
First District

Holly J. Mitchell
Second District

Lindsey P. Horvath
Third District

Janice Hahn
Fourth District

Kathryn Barger
Fifth District

Director
Rafael Carbajal

Chief of Staff
Joel Ayala

May 18, 2023

Dear Clinton Brown,

**DISPUTE RESOLUTION PROGRAM**

**Case Number: DR23-03143**

We extended an invitation to the other party The Atlas, LLC, Emil Assentato to participate in our mediation process, but the other party has not responded to our invitation.

Since mediation is a voluntary process, this is confirmation the case is now closed.

You may contact our Counseling Division at (800) 593-8222 for further information.

Please remember the Dispute Resolution Program staff cannot appear as witnesses, and our case files and mediator notes are confidential.

If you have questions, please contact me at tmartin2@dcba.lacounty.gov, or call (213) 974-0826 between 8:00 a.m. and 4:30 p.m. on normal business days.

Sincerely,

Tiffani Martin
Mediator



dcba.lacounty.gov
info@dcba.lacounty.gov

320 W. Temple St., Room G-10, Los Angeles CA, 90012-2706
(213) 974-1452 • (800) 593-8222 • Fax: (213) 687-1137