# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| **CLINTON BROWN** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**EMIL ASSENTATO, TAX DEED ENTERPRISES** )<br>**LLC, STEVE WEERA TONASUT TRUST,** )<br>)<br>*Defendant* | Civil Action No.<br>LACV23-02972-FMO(Ex) |

## AFFIDAVIT OF NONSERVICE

I, Mohaned Elgizawy, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Emil Assentato as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: April 29, 2023 4:35 pm
Address: 141 Piping Rock Rd, Locust Valley, NY 11560
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=40.8586730957,-73.5928494029
Description of attempt: A resident said they did not know Emil Assentato and Emil did not live there. A neighbor said they did not know Emil.

Serve Attempt #2
Date / Time: May 3, 2023 9:30 pm
Address: 141 Piping Rock Rd, Locust Valley, NY 11560
Photo: See Exhibit 2a below
Description of attempt: There was no answer.

Serve Attempt #3
Date / Time: May 4, 2023 2:43 pm
Address: 141 Piping Rock Rd, Locust Valley, NY 11560
Photo: None
Geolocation: https://google.com/maps?q=40.8583068848,-73.5938833709
Description of attempt: There was no answer on the entire premises.

Serve Attempt #4
Date / Time: May 6, 2023 9:58 pm
Address: 141 Piping Rock Rd, Locust Valley, NY 11560
Photo: None
Description of attempt: There was no answer at the door.


I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Teruel, AR on 5/16/2023.

/s/ *Mohaned Elgizawy*

Mohaned Elgizawy - (929) 452-6527
Registration No.: 2078481-DCA
Registration County: NYC Consumer Affairs

Exhibit 1a)



Exhibit 2a)

