Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for: Defendant Steve Weera
Tonasut, as Trustee of the Tonasut
Family Trust dated June 14, 2004,
for and in place of the erroneously named
Defendant "Steve Weera Tonasut Trust"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　　PLAINTIFF,<br><br>VS.<br><br>EMIL ASSENTATO, TAX DEED ENTERPRISES LLC, STEVE WEERA TONASUT TRUST,<br><br>　　　　　DEFENDANTS. | Case No.:LACV23-02972-MEMF(KSx)<br><br>NOTICE OF MOTION BY TO DISMISS, FOR LACK OF STANDING LACK OF JURISDICTION, FAILURE TO STATE A CLAIM, AND UNDER RULES 12 (B) (1), 12(B)(6) AND 9(B) AND/OR FOR A MORE DEFINITE STATEMENT UNDER RULE 12(E) AS TO THE COMPLAINT, [DOC. #1]<br><br>[FILED WITH MEMO OF POINTS, REQUEST FOR JUDICIAL NOTICE, AND PROPOSED ORDER LODGED]<br><br>DATE: July 6, 2023<br>TIME: 10:00 A.M.<br>CTRM: 8B |

TO PLAINTIFF, ALL PARTIES, THE CLERK OF THE COURT AND THE

HONORABLE MAAME EWUSI-MENSAH FRIMPONG, DISTRICT JUDGE:

1  PLEASE TAKE NOTICE that on July 6, 2023, at 10:00 a.m. in
2  Courtroom 8B of this court, located at United States Courthouse, 350 W. First
3  Street, 8th Floor, the Honorable MAAME EWUSI-MENSAH FRIMPONG,
4  District Judge, presiding, the Defendant Steven Weera Tonasut, as Trustee of the
5  Tonasut Family Trust dated June 14, 2004, for and in place of the erroneously
6  named Defendant "Steve Weera Tonasut Trust", will move the Court for an order
7  dismissing him from the complaint, and from each claim, and for a more definite
8  statement if not dismissed.
9  This motion is made for lack of standing and for lack of personal jurisdiction
10 for non-existence of a federal claim, under Rule 12(b)(1), and under Rule 12(b)(6),
11 not pleaded with facts sufficient to state a claim against Defendant, and not pleaded
12 sufficiently under Rule 9(b) (fraud pleading), nor for a securities law claim, and
13 also under Rule 12(e) for a more definite statement if not dismissed and on those
14 grounds herein.
15 Regarding conference of counsel, with the pro se plaintiff: under L.R. 7-3
16 and L.R. 16-12, as plaintiff is pro se in this case and is not an attorney, and
17 regrettably, no conference was held between this counsel and plaintiff, though this
18 counsel has made an effort to voluntarily do so. This counsel has requested of pro
19 se plaintiff, Mr. Brown, by email on Friday May 19, and by email on May 22, and
20 by phone voice mail message on May 22, to discuss this proposed motion, and to
21 discuss whether to stipulate to an initial extension to explore whether the matter
22 may be settled without litigation, or to further discuss the proposed motion, in
23 order to avoid the burden to court, counsel and parties. However, as of the time of
24 filing this, no email response was received from pro se plaintiff. No error messages
25 were received in the several email transmissions, so there is reason to believe the
26 email messages, including a pdf image of this motion to dismiss, were received in
27 plaintiff's email system, on the email address provided by plaintiff to the court and
28 on the served complaint.

1  This motion is based on this notice, the memorandum of points and
2  authorities, the request for judicial notice, with the lodged proposed order, and on
3  argument if such occurs.

4  Date: May 22, 2023      Respectfully Submitted,

5  /s/ Fred Hickman
6  Fred Hickman
   fredhickman@gmail.com
7  for: Defendant Steve Weera Tonasut, as Trustee of
8  the Tonasut Family Trust dated June 14, 2004

# PROOF OF SERVICE

For service on persons not deemed served under Local Rule 5-3.2.1 for documents filed electronically:

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On May 22, 2023, I served a true copy of this:
NOTICE OF MOTION BY TO DISMISS, FOR LACK OF STANDING LACK OF JURISDICTION, FAILURE TO STATE A CLAIM, AND UNDER RULES 12 (B) (1), 12(B)(6) AND 9(B) AND/OR FOR A MORE DEFINITE STATEMENT UNDER RULE 12(E) AS TO THE COMPLAINT, [DOC. #1]
by delivering to the person indicated below in the manner as provided in FRCivP 5(b) by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

Clinton Brown, Pro Se, 16821 Edgar Street, Pacific Palisades CA 90272 (whose business phone is (310) 487-6453 and email clinton@atlasinc.solar)

Place of Mailing: Santa Ana, California.

EMAIL SERVICE: On May 22, 2023, I emailed the document to Clinton Brown at the email address: clinton@atlasinc.solar from my email fredhickman@gmail.com, and did not receive an error message upon the transmission.

Executed on May 22, 2023, at Santa Ana, California.

I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

/s/ Fred Hickman

_____

Fred Hickman
fredhickman@gmail.com