UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　　　　Plaintiff,<br><br>　　V.<br><br>EMIL ASSENTATO, TAX DEED ENTERPRISES LLC, STEVE WEERA TONASUT TRUST,<br><br>　　　　　　　Defendants. | Case No.:LACV23-02972-MEMF(KSx)<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS [ECF No. #] |

　　On May 22, 2023, Defendant Steven Weera Tonasut, as Trustee of the Tonasut Family Trust dated June 14, 2004 filed a motion to dismiss the complaint.

　　Defendant moved as follows, to dismiss the complaint or require a more definite statement: for lack of standing and for lack of personal jurisdiction for non-existence of a federal claim, under Rule 12(b)(1), and under Rule 12(b)(6), not pleaded with facts sufficient to state a claim against Defendant, and not pleaded sufficiently under Rule 9(b) (fraud pleading), nor for a securities law claim, and also under Rule 12(e) for a more definite statement if not dismissed and on those grounds herein.

The Court, having considered Defendant's Motion to Dismiss and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

1. The Complaint [ECF NO. 1] is dismissed as to Moving party, without prejudice, and with leave to amend, which shall be filed by ____.

   [OR

2. The Complaint [ECF NO. 1] is dismissed with prejudice as to Moving party, without leave to amend.

3. A more definite statement of the claim is required, which shall be filed by ____.]

IT IS SO ORDERED.

Date: ____, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

# PROOF OF SERVICE

For service on persons not deemed served under Local Rule 5-3.2.1 for documents filed electronically:

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On May 22, 2023, I served a true copy of this:

[PROPOSED] ORDER GRANTING MOTION TO DISMISS [ECF No. #]

by delivering to the person indicated below in the manner as provided in FRCivP 5(b) by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

Clinton Brown, Pro Se, 16821 Edgar Street, Pacific Palisades CA 90272 (whose business phone is (310) 487-6453 and email clinton@atlasinc.solar)

Place of Mailing: Santa Ana, California.

EMAIL SERVICE: On May 22, 2023, I emailed the document to Clinton Brown at the email address: clinton@atlasinc.solar from my email fredhickman@gmail.com, and did not receive an error message upon the transmission.

Executed on May 22, 2023, at Santa Ana, California.

I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

                ___/s/ Fred Hickman_____
                Fred Hickman
                fredhickman@gmail.com