CLINTON BROWN, Pro Se
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EMIL ASSENTATO, TAX DEED ENTERPRISES LLC, STEVE WEERA TONASUT TRUST,<br><br>　　　　Defendants. | **CASE NO.** 2:23-cv-09272-MEMF-KS<br><br>**Motion for Entry of Default**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate Judge:** Karen L. Stevenson<br><br>**Action Filed:** 04/20/2023<br><br>**Action Due:** 05/22/2023 |

## MOTION FOR ENTRY OF DEFUALT

**NOTICE TO THE COURT**, pursuant to *F.R.C.P. 55(b)(2)*, an entry of default is a prerequisite for an entry of a default judgment for sums not certain. *(Garrett v. Seymour, 217 F. App'x 835, 838, para 2, (10th Cir. 2007))*. The Plaintiff accumulated debt to serve process in compliance with *F.R.C.P. 4.*[1] (Dk. 1-3, 1-4), (Dk. 14, 1-4), (Dk. 15, 1-7), (Dk. 16, 1), (Dk. 17, 1-5). *F.R.C.P. 4.* is a flexible rule if the Defendant has received sufficient notice. *(United Food & Commercial Workers Union, Locals 197, 373, 428, 588, 775, 839, 870, 1119, 1179 And 1532*

---

[1] (Dk. 19, 4-6, 7-8), *F.R.E. 102*, *Form LLC-12NC*, Statement of No Change, filed under File No. 20-C66661 on July 3, 2020, for Tax Deed Enterprises LLC, signed by Attorney Fern O'Brien, CA SOS; *Form LLC-12*, Statement of Information, filed under File No. 17-B61055 on November 30, 2017, for Tax Deed Enterprises LLC, signed by Manager Emil Assentato, CA SOS.

*Chartered by United Food & Commercial Workers International Union, Afl–Cio v. Alpha Beta Company, 736 F.2d 1371, 1382 (9th Cir. 1984)).* The summons was ribboned by this Court, stamped by this Court, and served by professional servers. Suffice it to say, a mailing of the documents and an email for waiver of service did not suffice for Defendants either. The Defendants willful disregard of the summons underlines a crucial question: Must a summons issued by this Court be responded to, or not?

The Defendants failure to respond is undisputed proof that *F.R.C.P. 55(b)(2)* requires entry of default to parties that have willfully refused service unless justice requires otherwise. The Defendants can show "good cause" to reverse an entry of default. *(F.R.C.P. 55(c)).* The good faith standard is an objective standard. *(Coppedge v. United States, 369 U.S. 438, 444-45 (1962).* An objective standard treats parties objectively, thus good faith. The defaulting parties have failed to file a responsive pleading or motion and the applicable time for serving a responsive pleading or motion is *post facto*.

**THEREFORE**, the Court must file an entry of default.

"I, **Clinton Brown**, solemnly swear that I am submitting this filing with the Court, and that:

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information."

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

*[signature]*

Clinton Brown                                                                                           05/23/2023



# Invoice #251513
May 02, 2023

Invoice Reference #: N/A
Servee: Tax Deed Enterprises LLC
Servee Address: 860 Seabright Ln, Solana Beach, CA 92075
Job Created By: CLINTON BROWN

**CLINTON BROWN**
16821 Edgar Street
Pacific Palisades, California 90272-3228

Proof
1800 N Gaylord St
Denver, CO 80206
Attn: accounting@proofserve.com
720.724.8518

| Item | Price | Qty | Total |
|---|---|---|---|
| **Standard Serve** <br> Attempts Made: 1 <br> Successful: No | $85.00 | 1 | $85.00 |

| | |
|---|---|
| Total | $85.00 |
| Paid | $0.00 |
| Balance | $85.00 |

For questions or issues, please email **AR@proofserve.com**.



# Invoice #258118

May 17, 2023

Invoice Reference #: N/A
Servee: Tax Deed Enterprises LLC
Servee Address: 1184 S Westlake Blvd, Unit B, Westlake Village, CA 91361
Job Created By: CLINTON BROWN

**CLINTON BROWN**
16821 Edgar Street
Pacific Palisades, California 90272-3228

Proof
1800 N Gaylord St
Denver, CO 80206
Attn: accounting@proofserve.com
720.724.8518

| Item | Price | Qty | Total |
|---|---|---|---|
| **Standard Serve**<br>Attempts Made: 4<br>Successful: No | $85.00 | 1 | $85.00 |

| | |
|---|---|
| Total | $85.00 |
| Paid | $0.00 |
| Balance | $85.00 |

For questions or issues, please email AR@proofserve.com.



# Invoice #259073
May 19, 2023

Invoice Reference #: N/A
Servee: Emil Assentato
Servee Address: 141 Piping Rock Rd, Locust Valley, NY 11560
Job Created By: CLINTON BROWN

**CLINTON BROWN**
16821 Edgar Street
Pacific Palisades, California 90272-3228

Proof
1800 N Gaylord St
Denver, CO 80206
Attn: accounting@proofserve.com
720.724.8518

| Item | Price | Qty | Total |
|---|---|---|---|
| **Standard Serve**<br>Attempts Made: 4<br>Successful: No | $120.00 | 1 | $120.00 |

| | |
|---|---|
| Total | $120.00 |
| Paid | $0.00 |
| Balance | $120.00 |

For questions or issues, please email **AR@proofserve.com**.

| | | |
|---|---|---|
| ![seal] **Secretary of State** Statement of No Change (Limited Liability Company) | **LLC-12NC** | 20-C66661 **FILED** In the office of the Secretary of State of the State of California JUL 03, 2020 |
| **IMPORTANT** — **Read instructions** before completing this form. This form may be used only if a complete Statement of Information has been filed previously and there has been no change. **Filing Fee** – $20.00 **Copy Fee** – $1.00; Certification Fee - $5.00 plus copy fee | | *This Space For Office Use Only* |

**1. Limited Liability Company Name** (Enter the **exact** name of the LLC as it is recorded with the California Secretary of State. Note: If you registered in California using an alternate name, see instructions.)

TAX DEED ENTERPRISES LLC

**2. 12-Digit Secretary of State File Number**

200502210144

**3. State, Foreign Country or Place of Organization** (only if formed outside of California)

DELAWARE

**4. No Change Statement** (Do not alter the No Change Statement. If there has been any change, please complete a Statement of Information (Form LLC-12).)

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

**5.** The information contained herein is true and correct.

| 07/03/2020 | Fern OBrien | Attorney | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document, enter the name of a person or company and the mailing address. This information will become public when filed. (SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12NC (REV 01/2017)                                              2017 California Secretary of State
                                                                    www.sos.ca.gov/business/be

**Secretary of State
Statement of Information
(Limited Liability Company)**

LLC-12

17-B61055

**FILED**

In the office of the Secretary of State
of the State of California

NOV 30, 2017

**This Space For Office Use Only**

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
TAX DEED ENTERPRISES LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 200502210144 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>860 Seabright Ln | Solana Beach | CA | 92075 |
| b. Mailing Address of LLC, **if different than item 4a**<br>2401 Boca Raton Blvd | Boca Raton | FL | 33431 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>860 Seabright Ln | Solana Beach | CA | 92075 |

**5. Manager(s) or Member(s)** — If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Emil | | Assentato | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2401 Boca Raton Blvd | Boca Raton | FL | 33431 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Matthew | | Poiset | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 860 Seabright Ln | Solana Beach | CA | 92075 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Purchase and sale of tax liens

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 11/30/2017 | Emil Assentato | Manager | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12 (REV 01/2017)          Page 1 of 1          2017 California Secretary of State
www.sos.ca.gov/business/be