# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN<br><br>Plaintiff(s),<br><br>v.<br><br>EMIL ASSENTATO, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cv−02972−MEMF−KS<br><br>**NOTICE OF DEFICIENCY**<br>**DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  EMIL ASSENTATO, TAX DEED ENTERPRISES LLC Emil Assentato, Tax Deed Enterprises  for the following reason(s):

- _ No declaration as required by F.R.Civ.P 55(a)
- X No proof of service/waiver of service on file
- _ The name of the person served does not exactly match the person named in complaint
- _ Proof of Service is lacking required information
- _ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- _ Time to respond has not expired
- _ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- _ Request for Entry of Default has been forwarded to the assigned Judge
- _ Party dismissed from action on
- _ Case terminated on
- _ Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- X Other: A motion is not required for the Clerk to enter Defaultq

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

- _ No Entry of Default on file
- _ No declaration as required by F.R.Civ.P 55(b)
- _ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- _ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- _ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- _ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- _ Amount sought is not for a sum certain or cannot be computed to a sum certain
- _ Attorney Fees sought not in compliance with Local Rule 55−3
- _ Amount sought for costs is incorrect
- _ Case terminated on
- _ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- _ Other:

CLERK, U.S. DISTRICT COURT

Date:  July 3, 2023     By:   /s/ *Yvette Louis*
                              Deputy Clerk
                              yvette_louis@cacd.uscourts.gov

CV−52B(09/12)        NOTICE OF DEFICIENCY − DEFAULT/DEFAULT JUDGMENT