Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835
Attorney for:
Defendants Emil Assentato and
Tax Deed Enterprises, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　　　PLAINTIFF,<br><br>VS.<br><br>EMIL ASSENTATO, TAX DEED ENTERPRISES LLC, STEVE WEERA TONASUT TRUST,<br><br>　　　　　　DEFENDANTS. | Case No.:LACV23-02972-MEMF(KSx)<br><br>NOTICE OF MOTION BY TO DISMISS, FOR LACK OF STANDING LACK OF JURISDICTION, FAILURE TO STATE A CLAIM, AND UNDER RULES 12 (B) (1), 12(B)(6) AND 9(B) AND/OR FOR A MORE DEFINITE STATEMENT UNDER RULE 12(E) AS TO THE COMPLAINT, [DOC. #1], FILED FOR DEFENDANTS ASSENTATO AND TAX DEED ENTERPRISES<br><br>[FILED WITH MEMO OF POINTS, REQUEST FOR JUDICIAL NOTICE, AND PROPOSED ORDER LODGED]<br><br>DATE: September 21, 2023<br>TIME: 10:00 A.M.<br>CTRM: 8B |

TO PLAINTIFF, ALL PARTIES, THE CLERK OF THE COURT AND THE

HONORABLE MAAME EWUSI-MENSAH FRIMPONG, DISTRICT JUDGE:

1         PLEASE TAKE NOTICE that on SEPTEMBER 21, 2023, at 10:00
2   a.m. in Courtoom 8B of this court, located at United States Courthouse, 350 W.
3   First Street, 8th Floor, the Honorable MAAME EWUSI-MENSAH FRIMPONG,
4   District Judge, presiding, the Defendants (1) Emil Assentato, an individual, and (2)
5   Tax Deed Enterprises, LLC, a Delaware limited liability company, will move the
6   Court for an order dismissing each of them from the complaint, and from each
7   claim thereof and dismissing the complaint itself entirely, or, in the alternative, a
8   more definite statement if not dismissed.

9         This motion is made for lack of standing and for lack of personal jurisdiction
10  for non-existence of a federal claim, under Rule 12(b)(1), and under Rule 12(b)(6),
11  not pleaded with facts sufficient to state a claim against Defendants, and not
12  pleaded sufficiently under Rule 9(b) (fraud pleading), nor for a securities law
13  claim, and also under Rule 12(e) for a more definite statement if not dismissed and
14  on those grounds herein.

15        Regarding conference of counsel, with the pro se plaintiff: under L.R. 7-3
16  and L.R. 16-12, as plaintiff is pro se in this case and is not an attorney, no
17  conference was held. I did not attempt it, as all attempts at meeting and conferring
18  with Plaintiff in pro se on the prior motion to dismiss I filed on behalf of Defendant
19  Tonasut were abortive, and Brown refused to so meet and confer. Mr. Brown
20  refuses to discuss the merits of the case in any meet and confer effort.
21        / / /

This motion is based on this notice, the memorandum of points and authorities, the request for judicial notice, with the lodged proposed order, and on argument if such occurs.

Date: July 14, 2023    Respectfully Submitted,

/s/ Fred Hickman

Fred Hickman
fredhickman@gmail.com
for: Defendants Emil Assentato and
Tax Deed Enterprises, LLC, a Delaware
limited liability company