UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN, | Case No.:LACV23-02972-MEMF(KSx) |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO DISMISS [ECF No. #] |
| V. | |
| EMIL ASSENTATO, TAX DEED ENTERPRISES LLC, STEVE WEERA TONASUT TRUST, | |
| Defendants. | |

On _____, 2023, Defendants  (1) Emil Assentato, an individual, and (2) Tax Deed Enterprises, LLC, a Delaware limited liability company, filed a motion to dismiss the complaint.

Defendants moved as follows, to dismiss the complaint or require a more definite statement: for lack of standing and for lack of personal jurisdiction for non-existence of a federal claim, under Rule 12(b)(1), and under Rule 12(b)(6), not pleaded with facts sufficient to state a claim against Defendant, and not pleaded sufficiently under Rule 9(b) (fraud pleading), nor for a securities law claim, and

also under Rule 12(e) for a more definite statement if not dismissed and on those grounds herein.

   The Court, having considered Defendant's Motion to Dismiss and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

1.  The Complaint [ECF NO. 1] is dismissed as to Moving parties, without prejudice, and with leave to amend, which shall be filed by ___.
    [OR
2.  The Complaint [ECF NO. 1] is dismissed with prejudice as to Moving parties, without leave to amend.
3.  A more definite statement of the claim is required, which shall be filed by ___.]

IT IS SO ORDERED.


Date: ____, 2023

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

[PROPOSED] ORDER

*BROWN VS. ASSENTATO#LACV23-02972*