Hi Mr. Clinton Brown

Let me introduce myself — STEVE WEERA TONASUT. I'm holding the 1st trust deed on your property vacant land in Agoura, CA. Thank you for allowing me to have a part in this property as an investor. If you prefer to have me in as a partner to develop this piece of property please let me know or any decision you will make regarding to this property please let me know as well.

Sincerely,

Steve W. Tonasut

20147 CHAPTER DR.
WOODLAND HILLS, CA. 91364

Steve W. Tonasut
20147 Chapter Dr.
Woodland Hills, CA 91364

SN BERNARDINO CA 923
11 JAN 2021 PM 7 L

Mr. Clinton Brown
Atlas Development Group, LLC
10226 Regent St.
Los Angeles, CA 90034

S0034-590826



**Clinton Brown <clinton@atlasinc.solar>**

## Agoura Hills Project Information

**Weera Tonasut** <tonasut@cs.com>  Fri, Feb 12, 2021 at 2:01 PM
Reply-To: Weera Tonasut <tonasut@cs.com>
To: "projects@atlasdevelopmentgroupllc.com" <projects@atlasdevelopmentgroupllc.com>

Clinton,
Thank you for sharing this confidential information. Please let me know where do I fit in your projects.especially the Agoura Hills one..
Thanks,

Tonasut

                                                                Steve Weera

                                    -----Original Message-----
From: Clinton Brown <projects@atlasdevelopmentgroupllc.com>
To: tonasut@cs.com
Sent: Wed, Feb 10, 2021 6:00 pm
Subject: Agoura Hills Project Information

[Quoted text hidden]



Clinton Brown <clinton@atlasinc.solar>

## Agoura Hills Update/Australia Project Investment Opportunity

**Weera Tonasut** <tonasut@cs.com>  Thu, Nov 11, 2021 at 6:09 PM
Reply-To: Weera Tonasut <tonasut@cs.com>
To: "projects@atlasdevelopmentgroupllc.com" <projects@atlasdevelopmentgroupllc.com>

Clinton,

You missed Oct. and Nov. payment which is very unusual. My guess is --you get stuck some where in foreign country like Australia ? Don't you worry we still have time to catch  up.  Please let me know
                   Steve Tonasut

-----Original Message-----
From: Clinton Brown <projects@atlasdevelopmentgroupllc.com>
To: Weera Tonasut <tonasut@cs.com>
Sent: Tue, Apr 27, 2021 7:42 pm

[Quoted text hidden]

[Quoted text hidden]



Clinton Brown <clinton@atlasinc.solar>

## Agroura Property

**Clinton Brown** <clinton@atlasinc.solar>  Sun, Jan 2, 2022 at 12:02 PM
To: Weera Tonasut <tonasut@cs.com>

Steve,

Happy New Year! I hope things are going well for you and your family too! Yes, I thought about your proposal and here's what that looks like to me.
Currently, Agoura Hills ownership with The Atlas, LLC is divided as follows:
Clinton Brown 50%
Emil Assentato 30%
Tax Deed Enterprises 20% (This is Emil's company)

**Proposed ownership in exchange for cancellation of $179,000 loan and any associated back payments/fees.**

Clinton Brown 35%
**Steve Tonasut 15%**
Emil Assentato 30%
Tax Deed Enterprises 20% (This is Emil's company)

An entitled piece of land was in escrow down the street in Woodland Hills - 7 acres for $7m. See attached comp. I just noticed that it went up to $8m and I'm reaching out to the broker to inquire about it. With that being said the value for the Agoura Hills property is there and we have made substantial progress for entitlement which would either allow us to continue developing or sell to a developer.

**The agreement would make you a silent partner just as Emil is.**

We can discuss and/or let me know your thoughts and if you'd like to proceed with the proposal below and I'll get it written up for us.


Best,
Clinton

On Sat, Jan 1, 2022 at 6:45 PM Weera Tonasut <tonasut@cs.com> wrote:
> Happy New Year Clinton,                                                                  Hope every things are going well with you and your family.  This is just to follow up my offer regarding to Agoura land.  Please also let me know of your refi. of the other property to reinstate our loan with SLS.  I'd informed SLS that you will do it in January.
>
>   Sincerely,
>
>   Steve Weera Tonasut.


[Quoted text hidden]


pricewentup.pdf
170K



Gmail

Clinton Brown <clinton@atlasinc.solar>

## Agroura Property

**Weera Tonasut** <tonasut@cs.com> Tue, Jan 11, 2022 at 9:11 AM
Reply-To: Weera Tonasut <tonasut@cs.com>
To: "clinton@atlasinc.solar" <clinton@atlasinc.solar>

Clinton,

After talking to you yesterday, I have a lot of faith in your ability to finish this project. I'm willing to inject the new money ( $100,000 ) to pay off the 2nd TD for you in exchange of 15% ownership of the land. Leave the 1st TD alone as it is . You don't have to make payment on 1st TD until it's done. You can start working on the project right away and I will set aside additional fund for you to finish the project. Please let me know Much success,

Steve Weera Tonasut

 Gmail

Clinton Brown <clinton@atlasinc.solar>

## APN 2064-005-011 and APN 2064-005-015

**John Khoukaz** <john@bkblawfirm.com>　　　　　　　　　　　　　　　Tue, Jan 18, 2022 at 12:01 PM
To: Clinton Brown <clinton@atlasinc.solar>

This is better to reflect what is taking place.

Clinton Brown, as manager of The Atlas, LLC, has agreed to sell 15% interest in the properties owned by The Atlas, LLC to Steve Weera Tonasut.  A Grant Deed will be prepared and executed to reflect that a 15% ownership interests in the following vacant lands, APN 2064-005-011 and APN 2064-005-015, are being sold to Steve Weera Tonasut for $100,000.00. Steve Weera Tonasut, will not be a member of The Atlas, LLC.

The ownership interest transferred shall be vested, "Steve Weera Tonasut, Trustee of the Tonasut Family Trust Dated June 14, 2004", recorded by a Grant Deed.

The Atlas, LLC members, following the sale shall be 35%, Clinton Brown, 30% Emil Assentato and 20% Tax Deed Enterprises.  The Atlas, LLC, shall own 85% and Steve Weera Tonasut shall own 15% of APN 2064-005-011 and APN 2064-005-015.

All other provisions of the Operating Agreement remain the same.

[Quoted text hidden]



**Clinton Brown <clinton@atlasinc.solar>**

## Agoura Hills Land

**Weera Tonasut** <tonasut@cs.com>  Fri, Nov 11, 2022 at 7:44 AM
Reply-To: Weera Tonasut <tonasut@cs.com>
To: "clinton@atlasinc.solar" <clinton@atlasinc.solar>

Clinton,                       To avoid foreclosure expense, I would like to offer way out for us.  As of for now I own 15% ownership and Atlas LLC owns 85% ownership and Atlas LLC owes me $200,000 (1st trust deed)  Here is the deal--I'll forgive Atlas LLC's loan of $200,000 for the exchange of 70% ownership to me. If that's ok with you, at the end I'll have 85% ownership and Atlas LLC  has 15% ownership and Atlas LLC will be free and clear .  After all we still own  the  land with the same team going forward.  Please let me know so I will have my attorney draw the paper work  for signing and be done with it before Dec 1 .
                                 Thank you,                                                            Steve Weera Tonasut