**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: CLINTON BROWN | 2a. Contact Phone Number: 310-487-6453 | 3a. Contact E-mail Address: clinton@atlasinc.solar |
| 1b. Attorney Name (if different): | 2b. Attorney Phone Number: | 3b. Attorney E-mail Address: |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
CLINTON BROWN
16821 Edgar Street
Pacific Palisades, CA 90272

**5. Name & Role of Party Represented:** Plaintiff Pro Se

**6. Case Name:** Clinton Brown v. STEVE WEERA TONASUT TRUST, EMIL ASSENTATO, TAX DEED ENTERPRISES LLC

**7a. District Court Case Number:** 2:23-cv-02972-MEMF-KS

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Myra Ponce

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal   ☐ Criminal  ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2023 | | MEMF | Motion to Dismiss and other 12(b) matters. | ○ | ○ | ○ | ○ | ● | ○ | ● | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 09/26/2023   Signature: /s/

G-120 (06/18)