# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | LA CV 23-02972-MEMF-(KSx) |
| Date | September 21, 2023 |
| Title | Clinton Brown v. Emil Assentato |

**PRESENT:** Honorable Maame Ewusi-Mensah Frimpong
United States District Judge

Charles A. Rojas
Courtroom Deputy Clerk

Myra Ponce
Court Reporter

Attorneys Present for Plaintiff:
Clinton Brown (IN PRO SE)

Attorneys Present for Defendant:
Frederick Hickman

**PROCEEDINGS:** MOTION HEARING (Held and Completed)

Case called. Court and counsel confer re: the Motion to Dismiss for Lack of Standing, Lack of Jurisdiction, Failure to State a Claim, under Rules 12(B)(1), 12(B)(6), and 9(B) and/or For A More Definite Statement under Rule 12(E) as to the Complaint [18] and the Motion to Dismiss for Lack of Standing, Lack of Jurisdiction, Failure to State a Claim, under Rules 12(B)(1), 12(B)(6), and 9(B) and/or For A More Definite Statement under Rule 12(E) as to the Complaint filed by Defendants Assentato and Tax Deed Enterprises [26]. The Court takes the matters under submission.   A separate Court order shall issue.

:   .33

Initials of Deputy Clerk   cr