Fred Hickman (#124406)
fredhickman@gmail.com
17602 17th St Ste 102-206
Tustin CA 92780
714-315-1565; fax 714-838-0835

Attorney for Defendants: Steve Weera Tonasut, as Trustee of the Tonasut Family Trust dated June 14, 2004, for and in place of the erroneously named Defendant "Steve Weera Tonasut Trust"; and, Emil Assentato; and, Tax Deed Enterprises, LLC, a Delaware limited liability company.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br>   PLAINTIFF,<br><br>VS.<br><br>EMIL ASSENTATO, TAX DEED ENTERPRISES LLC, STEVE WEERA TONASUT TRUST,<br><br>   DEFENDANTS. | Case No.:LACV23-02972-MEMF(KSx)<br><br>NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [DOC. #40] BY DEFENDANTS FOR FAILURE OF PLAINTIFF TO STATE A CLAIM UNDER RULE 12(b)(6) AND RULE 9(b) AND 15 U.S.C. § 78u-4 AS TO<br><br>[FILED WITH MEMO OF POINTS, REQUEST FOR JUDICIAL NOTICE, AND PROPOSED ORDER LODGED]<br><br>DATE: February 29, 2024<br>TIME: 10:00 A.M.<br>CTRM: 8B |

TO PLAINTIFF, ALL PARTIES, THE CLERK OF THE COURT AND THE HONORABLE MAAME EWUSI-MENSAH FRIMPONG, DISTRICT JUDGE:

PLEASE TAKE NOTICE that on FEBRUARY 29, 2024, at 10:00 a.m. in Courtroom 8B of this court, located at United States Courthouse, 350 W. First Street, 8th Floor, the Honorable MAAME EWUSI-MENSAH FRIMPONG, District Judge, presiding, all Defendants: (1) Steven Weera Tonasut, as Trustee of the Tonasut Family Trust dated June 14, 2004, for and in place of the erroneously named "Steve Weera Tonasut Trust"; and (2) Emil Assentato; and (3) Trust Deed Enterprises, LLC, a Delaware limited liability company, will move the Court for an order dismissing the First Amended Complaint, dismissing with prejudice each and all of the Defendants herein from this Action.

This joint motion is made under Rule 12(b)(6), as facts are not pleaded with sufficiency and particularity for a claim sounding in fraud in order to state a claim against Defendants, nor any of them, and not pleaded sufficiently nor with the required particularity under Rule 9(b) (fraud pleading), and the Private Securities Litigation Reform Act ("PSLRA") 15 U.S.C. § 78u-4 for the claims Plaintiff makes, all under federal securities law claims created under federal statute and sounding in fraud.

Regarding conference of counsel, with the pro se plaintiff: under L.R. 7-3 and L.R. 16-12, as plaintiff is pro se in this case and is not an attorney, no conference was held between this counsel and plaintiff.

This motion is based on this notice, the memorandum of points and authorities, the request for judicial notice, with the lodged proposed order, and on argument if such occurs.

Date: Jan. 17, 2024                         Respectfully Submitted,

*/s/ Fred Hickman*

Fred Hickman. fredhickman@gmail.com
for: Defendants Steve Weera Tonasut, as Trustee of
the Tonasut Family Trust dated June 14, 2004
and, Emil Assentato; and, Tax Deed Enterprises,
LLC, a Delaware limited liability company.

PROOF OF SERVICE

All persons are deemed served under Local Rule 5-3.2.1 for documents filed electronically, as Plaintiff as pro se has been approved by order of this Court for ecf filing and service.

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

Executed on January 17, 2024, at Santa Ana, California.

I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

/s/ Fred Hickman

_____

Fred Hickman
fredhickman@gmail.com