UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　　Plaintiff,<br><br>V.<br><br>EMIL ASSENTATO, TAX DEED ENTERPRISES LLC, STEVE WEERA TONASUT TRUST,<br><br>　　　　　Defendants. | Case No.:LACV23-02972-MEMF(KSx)<br><br>[PROPOSED] ORDER GRANTING JOINT RULE 12(b)(6) MOTION TO DISMISS [ECF No. 41] THE FIRST AMENDED COMPLAINT [ECF NO. 40] |

　　　On January 17, 2024, all Defendants, (1) Emil Assentato, an individual; and (2) Tax Deed Enterprises, LLC, a Delaware limited liability company; and (3) Steve Weera Tonasut, as Trustee of the Tonasut Family Trust dated June 14, 2004, for and in place of Plaintiff's erroneously named "Steve Weera Tonasut Trust", filed a motion to dismiss the First Amended Complaint, styled by Plaintiff "Amended Complaint", ECF NO. 40, filed January 3, 2024.

　　　Defendants moved to dismiss the First Amended Complaint as follows: under Rule 12(b)(6), that it is not pleaded with facts sufficient to state a claim, and not pleaded sufficiently under Rule 9(b) (fraud pleading), nor under the Private

1 | Securities Litigation Reform Act ("PSLRA") 15 U.S.C. § 78u-4, that alleged claim
2 | being a securities law claim, and that the arrangements and agreements are not
3 | securities regulated under federal securities law.
4 |     The Court, having considered Defendants' Motion to Dismiss and finding
5 | good cause therefore, hereby GRANTS the Motion and ORDERS as follows:
6 |     1. The First Amended Complaint [ECF NO. 40] is dismissed in its entirety
7 |        and as to each and all Defendants, with prejudice, without leave to
8 |        amend.
9 |     IT IS SO ORDERED.
10 |
11 | Date: ____, 2024
12 |                 MAAME EWUSI-MENSAH FRIMPONG
13 |                 United States District Judge