**VIA ECF**

Honorable Maame Ewusi-Mensah Frimpong
United States District Court for the Central District of California
350 West First Street, Los Angeles, CA 90012
Courtroom 8B, 8th Floor.

**Re: Clinton Brown v. Emil Assentato, et. al., 2:23-cv-02972, Change of Address.** *See* **L.R. 41-6.**

Honorable Maame Ewusi-Mensah Frimpong:

  **PLEASE TAKE NOTICE**, pursuant to L.R. 41-6, the Plaintiff is apprising the Court and the parties to this action of his new address.

Bond University Law School
Attn: Clinton Brown
Student ID: 14012853
14 University Drive
Robina QLD 4226, Australia


Respectfully submitted,

*/s/ Clinton Brown*, Self-Represented


CC: All Counsel of Record (via ECF) on June 6, 2024