CLINTON BROWN, *Self-Represented*
27250 Agoura Rd.
Calabasas, CA 91301
clinton@atlasinc.solar
310-775-7990

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EMIL ASSENTATO, TAX DEED ENTERPRISES LLC, STEVE WEERA TONASUT TRUST<br><br>　　　　Defendants. | **Case No.** 2:23-cv-02972-MEMF-KS<br><br>**Notice of Appeal**[1]<br><br>**[*See* ECF No. 51]**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Chief Magistrate Judge:** Karen L. Stevenson |

　　　　**NOTICE TO THE COURT**, the Plaintiff hereby notifies the United States District Court for the Central District of California & the parties, pursuant to the statutory authority granted by Congress under 28 U.S.C. § 1291, that an appeal to the United States Court of Appeals for the Ninth Circuit is noticed. *See* ECF No. 51 at 14, Order Granting Motion to Dismiss with Prejudice, dated September 27, 2024.

Dated: September 30, 2024

Respectfully submitted,

*/s/ Clinton Brown, Self-Represented*
27250 Agoura Rd.
Calabasas, CA 91301
clinton@atlasinc.solar
310-775-7990

cc: All Counsel of Record (via ECF) on September 30, 2024

---

[1] An appeal must not be dismissed for informality of form or title of the notice of appeal, or for failure to name a party whose intent to appeal is otherwise clear from the notice. *See* Fed. R. App. P. 3(c)(7) (as amended Dec. 1, 2023), https://perma.cc/FU9K-J66R.