(KSx),APPEAL,CLOSED,DISCOVERY,MANADR,RELATED-G

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:23-cv-02972-MEMF-KS

Clinton Brown v. Emil Assentato  
Assigned to: Judge Maame Ewusi-Mensah Frimpong  
Referred to: Magistrate Judge Karen L. Stevenson  
Related Case: 2:22-cv-09203-MEMF-KS  
Case in other court: 9TH CCA, 24-06119  
Cause: 15:77 Securities Fraud  

Date Filed: 04/20/2023  
Date Terminated: 09/27/2024  
Jury Demand: Plaintiff  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2023 | 1 | COMPLAINT filed by Plaintiff Clinton Brown against Defendant Emil Assentato, Steve Weera Tonasut Trust, Tax Deed Enterprises LLC. Case assigned to Judge Fernando M. Olguin for all further proceedings. Discovery referred to Magistrate Judge Charles F. Eick. Jury Demand. (Attachments: # 1 CV71, # 2 Summons Request 1, # 3 Summons Request 2, # 4 Summons Request 3) (jtil) (Entered: 04/20/2023) |
| 04/20/2023 | 2 | CERTIFICATE of Interested Parties filed by Plaintiff Clinton Brown. (jtil) (Entered: 04/20/2023) |
| 04/20/2023 | 3 | APPLICATION for Pro Se Litigant to electronically file documents in a specific case filed by Plaintiff Clinton Brown. (jtil) (Entered: 04/20/2023) |
| 04/20/2023 | 4 | REQUEST to Proceed In Forma Pauperis, Declaration in Support filed by Plaintiff Clinton Brown. (jtil) (Entered: 04/20/2023) |
| 04/20/2023 | 5 | NOTICE OF ASSIGNMENT to District Judge Fernando M. Olguin and Magistrate Judge Charles F. Eick. (jtil) (Entered: 04/20/2023) |
| 04/20/2023 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (jtil) (Entered: 04/20/2023) |
| 04/20/2023 | 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (jtil) (Entered: 04/20/2023) |
| 04/28/2023 | 8 | TEXT ONLY ENTRY by Chambers of Judge Fernando M. Olguin. This matter has been assigned to District Judge Fernando M. Olguin. The Court refers counsel to the Court's Initial Standing Order found on the Court's Website under Judge Olguin's Procedures and Schedules. Please read this Order carefully. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (gga) TEXT ONLY ENTRY (Entered: 04/28/2023) |
| 05/04/2023 | 9 | PROOF OF SERVICE Executed by Plaintiff Clinton Brown, upon Defendant Steve Weera Tonasut Trust served on 5/1/2023, answer due 5/22/2023. in compliance with statute not specified by personal service. (iv) (Entered: 05/05/2023) |
| 05/04/2023 | 10 | PROOF OF SERVICE Executed by Plaintiff Clinton Brown, upon Defendant in compliance with statute not specified by personal service. (iv) (Entered: 05/05/2023) |
| 05/10/2023 | 14 | AFFIDAVIT OF NON SERVICE by affiant: Afifa Saljuki. (yl) (Entered: 05/17/2023) |
| 05/10/2023 | 15 | AFFIDAVIT OF NONSERVICE by affiant: Luz Zuta. (yl) (Entered: 05/17/2023) |

| | | |
|---|---|---|
| 05/15/2023 | 11 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 23-05-Related Case- filed. Related Case No: 2:22-cv-09203 MEMF(KSx). Case transferred from Magistrate Judge Charles F. Eick and Judge Fernando M. Olguin to Judge Maame Ewusi-Mensah Frimpong and Magistrate Judge Karen L. Stevenson for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:23-cv-02972 MEMF(KSx). Signed by Judge Maame Ewusi-Mensah Frimpong (rn) (Entered: 05/15/2023) |
| 05/16/2023 | 12 | TEXT ONLY ENTRY by Judge Maame Ewusi-Mensah Frimpong. This matter has been assigned to District Judge Maame Ewusi-Mensah Frimpong. The Court refers counsel to the Court's Initial Standing Order found on the Court's website under Judge Frimpong's Procedures and Schedules. Please read the Standing Order carefully. It is the responsibilities of the parties to maintain familiarly with the Standing Order and any future amendments that the Court may issue by periodically checking the Court's website for the operative version of the Standing Order. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY (Entered: 05/16/2023) |
| 05/16/2023 | 13 | ORDER by Judge Maame Ewusi-Mensah Frimpong: GRANTING 3 APPLICATION for Pro Se Electronic Filing. The applicant must register to use the Courts CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Courts website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk. (yl) (Entered: 05/17/2023) |
| 05/18/2023 | 16 | INITIAL DISCLOSURE of DISPUTE RESOLUTION PROGRAM - NO RESPONSE FROM DEFENDANT filed by Plaintiff Clinton Brown (Brown, Clinton) (Entered: 05/18/2023) |
| 05/19/2023 | 17 | Summons Returned Unexecuted filed by Plaintiff Clinton Brown. as to Emil Assentato. (Brown, Clinton) (Entered: 05/19/2023) |
| 05/22/2023 | 18 | First NOTICE OF MOTION AND MOTION to Dismiss Defendant Steve Weera Tonasut Trust *Steven Weera Tonasut, as Trustee*, First NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Steven Weera Tonasut, as Trustee*, First NOTICE OF MOTION AND MOTION to Dismiss Complaint ECF#1 *Steven Weera Tonasut, as Trustee*, First NOTICE OF MOTION AND MOTION for More Definite Statement filed by Defendant Steve Weera Tonasut Trust. Motion set for hearing on 7/6/2023 at 10:00 AM before Judge Maame Ewusi-Mensah Frimpong. (Attachments: # 1 Memorandum i.s.o Motion to Dismiss Rule 12, # 2 Exhibit Request Judicial Notice i.s.o. Motion to Dismiss, # 3 Proposed Order) (Attorney Frederick J Hickman added to party Steve Weera Tonasut Trust(pty:dft)) (Hickman, Frederick) (Entered: 05/22/2023) |
| 05/23/2023 | 19 | REQUEST for Entry of Default against Defendants Emil Assentato, Tax Deed Enterprises LLC *Rule 55(b)(2)* filed by Plaintiff Clinton Brown. (Brown, Clinton) (Entered: 05/23/2023) |
| 05/23/2023 | 20 | NOTICE OF DEFICIENCY Re: The Clerk cannot enter the requested relief as: No proof of service/waiver of service on file. (yl) (Entered: 05/24/2023) |
| 05/24/2023 | 21 | TEXT ONLY ENTRY by Judge Maame Ewusi-Mensah Frimpong. The moving party has filed a motion for a date that has been closed by this Court. The Court hereby continues the Motion to Dismiss for Lack of Standing, Lack of Jurisdiction, Failure to State a Claim, under Rules 12(B)(1), 12(B)(6), and 9(B) and/or For A More Definite Statement under Rule 12(E) as to the Complaint 18 to 08/24/2023, at 10:00 AM. Counsel shall take notice of this new date. Closed motion dates can be found on the Court's website at http://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong. IT IS SO |

| | | |
|---|---|---|
| | | ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY (Entered: 05/24/2023) |
| 05/24/2023 | 22 | SUPPLEMENT to REQUEST for Entry of Default against Defendants Emil Assentato, Tax Deed Enterprises LLC *Rule 55(b)(2)* 19 *Notice of Service Waiver, etc.* filed by Plaintiff Clinton Brown. (Brown, Clinton) (Entered: 05/24/2023) |
| 05/25/2023 | 23 | Notice Withdrawal of Motion for Entry of Default (Dk. 19, 22). filed by Plaintiff Clinton Brown. *Appearance of Defendants Counsel* (Brown, Clinton) (Entered: 05/25/2023) |
| 06/27/2023 | 24 | Second NOTICE OF MOTION AND MOTION for Entry of Default against DEFENDANTS EMIL ASSENTATO, TAX DEED ENTERPRISES LLC Emil Assentato, Tax Deed Enterprises LLC *FIRST MOTION WITHDRAWN* filed by Plaintiff Clinton Brown. (Brown, Clinton) (Entered: 06/27/2023) |
| 07/03/2023 | 25 | NOTICE OF DEFICIENCY Re: Second NOTICE OF MOTION AND MOTION for Entry of Default against DEFENDANTS EMIL ASSENTATO, TAX DEED ENTERPRISES LLC Emil Assentato, Tax Deed Enterprises LLC *FIRST MOTION WITHDRAWN* 24 . The Clerk cannot enter the requested relief as: No proof of service/waiver of service on file. A motion is not required for the Clerk to enter Default. (yl) (Entered: 07/03/2023) |
| 07/15/2023 | 26 | First NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *of Claim*, First NOTICE OF MOTION AND MOTION to Dismiss Defendants Emil Assentato, Tax Deed Enterprises LLC *under Rule 12(B)(1)*, First NOTICE OF MOTION AND MOTION to Dismiss Case *under Rule 12(B)(6)* filed by Attorney for Defendants Emil Assentato, Tax Deed Enterprises LLC. Motion set for hearing on 9/21/2023 at 10:00 AM before Judge Maame Ewusi-Mensah Frimpong. (Attachments: # 1 Memorandum i.s.o Motion to Dismiss Rule 12, # 2 Exhibit Request Judicial Notice i.s.o. Motion to Dismiss, # 3 Proposed Order Proposed Order on Motion to Dismiss) (Attorney Frederick J Hickman added to party Emil Assentato(pty:dft), Attorney Frederick J Hickman added to party Tax Deed Enterprises LLC(pty:dft)) (Hickman, Frederick) (Entered: 07/15/2023) |
| 07/16/2023 | 27 | OPPOSITION to First NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *of Claim*First NOTICE OF MOTION AND MOTION to Dismiss Defendants Emil Assentato, Tax Deed Enterprises LLC *under Rule 12(B)(1)*First NOTICE OF MOTION AND MOTION to Dismiss Case *under Rule 12(B)(6)* 26 *RESPONSE* filed by Plaintiff Clinton Brown. (Brown, Clinton) (Entered: 07/16/2023) |
| 07/17/2023 | 28 | TEXT ONLY ENTRY by Judge Maame Ewusi-Mensah Frimpong: The moving party has filed motions for a date that has been closed by this Court. The Court hereby continues the First Motion to Dismiss for Lack of Jurisdiction of Claim, Motion to Dismiss Defendants Emil Assentato, Tax Deed Enterprises LLC under Rule 12(B)(1), Motion to Dismiss Case under Rule 12(B)(6) filed by Attorney for Defendants Emil Assentato, Tax Deed Enterprises LLC. 26 to 11/16/2023, at 10:00 am. Counsel shall take notice of this new date. Closed motion dates can be found on the Court's website at http://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY (Entered: 07/17/2023) |
| 07/21/2023 | 29 | TEXT ONLY ENTRY by Judge Maame Ewusi-Mensah Frimpong. The Court re-sets the date of the Motion to Dismiss for Lack of Standing, Lack of Jurisdiction, Failure to State a Claim, under Rules 12(B)(1), 12(B)(6), and 9(B) and/or For A More Definite Statement under Rule 12(E) as to the Complaint 18 and the Motion to Dismiss, For Lack of Standing, Lack of Jurisdiction, Failure to State a Claim, Under Rules 12 (B) (1), 12(B)(6) and 9(B) and/or For a More Definite Statement Under Rule 12(E) as to the Complaint filed by Defendants Assentato and Tax Deed Enterprises 26 to 09/21/2023 at 10:00 AM. Counsel shall take notice of this new hearing date. IT IS SO ORDERED. THERE IS NO PDF |

| | | |
|---|---|---|
| | | DOCUMENT ASSOCIATED WITH THIS ENTRY. (kd) TEXT ONLY ENTRY (Entered: 07/21/2023) |
| 07/23/2023 | 30 | OPPOSITION Opposition to Motion to Dismiss Under Rules 12(b)(1), 12(b)(6) and 9(b) or Statement Under Rule 12(e). re: First NOTICE OF MOTION AND MOTION to Dismiss Defendant Steve Weera Tonasut Trust *Steven Weera Tonasut, as Trustee*First NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Steven Weera Tonasut, as Trustee*First NOTICE OF MOTION AND MOTION to Dismiss Complaint ECF#1 *Steven Weera Tonasut, as Trustee*First NOTICE OF MOTION AND MOTION for More Definite Statement 18 *Pursuant to L.R. 7-9* filed by Plaintiff Clinton Brown. (Attachments: # 1 Exhibit F.R.E. 803(6))(Brown, Clinton) (Entered: 07/23/2023) |
| 07/24/2023 | 31 | REPLY Reply in support of motion to dismiss First NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *of Claim*First NOTICE OF MOTION AND MOTION to Dismiss Defendants Emil Assentato, Tax Deed Enterprises LLC *under Rule 12(B)(1)*First NOTICE OF MOTION AND MOTION to Dismiss Case *under Rule 12(B)(6)* 26 filed by Defendants Emil Assentato, Tax Deed Enterprises LLC. (Hickman, Frederick) (Entered: 07/24/2023) |
| 07/31/2023 | 32 | REPLY In support of motion First NOTICE OF MOTION AND MOTION to Dismiss Defendant Steve Weera Tonasut Trust *Steven Weera Tonasut, as Trustee*First NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Steven Weera Tonasut, as Trustee*First NOTICE OF MOTION AND MOTION to Dismiss Complaint ECF#1 *Steven Weera Tonasut, as Trustee*First NOTICE OF MOTION AND MOTION for More Definite Statement 18 filed by Defendant Steve Weera Tonasut Trust. (Hickman, Frederick) (Entered: 07/31/2023) |
| 09/20/2023 | 33 | ORDER ON REQUEST TO PROCEED IN FORMA PAUPERIS by Judge Maame Ewusi-Mensah Frimpong. IT IS THEREFORE ORDERED that: The Request is GRANTED. (yl) (Entered: 09/22/2023) |
| 09/21/2023 | 35 | MOTION HEARING (Held and Completed) held before Judge Maame Ewusi-Mensah Frimpong. Court and counsel confer regarding the Motion to Dismiss for Lack of Standing, Lack of Jurisdiction, Failure to State a Claim, under Rules 12(B)(1), 12(B)(6), and 9(B) and/or for a More Definite Statement under Rule 12(E) as to the Complaint 18 and the Motion to Dismiss for Lack of Standing, Lack of Jurisdiction, Failure to State a Claim, under Rules 12(B)(1), 12(B)(6), and 9 (B) and/or For a More Definite Statement Under Rule 12(E). The Court takes the matters under submission. A separate Court order shall issue. Court Reporter: Myra Ponce. (yl) (Entered: 10/06/2023) |
| 09/26/2023 | 34 | TRANSCRIPT ORDER as to Plaintiff Clinton Brown for Court Reporter. Court will contact Clinton Brown at clinton@atlasinc.solar with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Brown, Clinton) (Entered: 09/26/2023) |
| 10/20/2023 | 36 | TRANSCRIPT for proceedings held on 09/21/2023 at 10:26 a.m. Court Reporter/Electronic Court Recorder: Myra L. Ponce, CSR, RDR, CRR, e-mail address myraponce@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 11/13/2023. Redacted Transcript Deadline set for 11/20/2023. Release of Transcript Restriction set for 1/18/2024. (Ponce, Myra) (Entered: 10/20/2023) |
| 10/20/2023 | 37 | NOTICE OF FILING TRANSCRIPT filed for proceedings 09/21/2023 at 10:26 a.m. re Transcript 36 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Ponce, Myra) TEXT ONLY ENTRY (Entered: 10/20/2023) |

| | | |
|---|---|---|
| 12/06/2023 | 38 | ORDER GRANTING REQUESTS FOR JUDICIAL NOTICE AND MOTIONS TO DISMISS [ECF NOS. 18, 26] by Judge Maame Ewusi-Mensah Frimpong. For the reasons stated herein, the Court ORDERS as follows: Tonasut Trust's Request for Judicial Notice (ECF No. 18-2) is GRANTED IN PART. The Request is GRANTED as to: Tonasut Trust's Document No. 4, Tonasut Trusts Document No. 7, and Tonasut Trusts Document No. 8. The Request is DENIED as to: Tonasut Trust's Document No. 1, Tonasut Trusts Document No. 2, Tonasut Trusts Document No. 3, Tonasut Trusts Document No. 5, Tonasut Trusts Document No. 6, and Tonasut Trust's Document No. 9. Assentatos and TDEs Request for Judicial Notice (ECF No. 26-2) is GRANTED IN PART. The Request is GRANTED as to: Assentatos and TDEs Document No. 2 and Assentato's and TDEs Document No. 3. The Request is DENIED as to Assentatos and TDE's Document No. 1 and Assentatos and TDE's Document No. 4 Tonasut Trust's Motion (ECF No. 18) to Dismiss is GRANTED as to all Browns claims and all relief Brown requested, on the basis that Brown failed to state a claim upon which relief can be granted. Brown is GRANTED LEAVE TO AMEND. Assentatos and TDEs Motion to Dismiss (ECF No. 26) is GRANTED as to all Brown's claims and all relief Brown requested, on the basis that Brown failed to state a claim upon which relief can be granted. Brown is GRANTED LEAVE TO AMEND. Brown is ORDERED to file a First Amended Complaint within twenty-eight (28) days of the date of this Order if he still desires to pursue any of the claims being dismissed with leave to amend. IT IS SO ORDERED. (yl) (Entered: 12/07/2023) |
| 12/21/2023 | 39 | Notice REQUEST FOR JUDICIAL NOTICE filed by Plaintiff Clinton Brown. *F.R.E. 201(c)(2)* (Brown, Clinton) (Entered: 12/21/2023) |
| 01/03/2024 | 40 | FIRST AMENDED COMPLAINT against DEFENDANTS All Defendants amending Complaint - (Discovery), 1 , filed by Plaintiff Clinton Brown (Attachments: # 1 Exhibit Deeds of Trust)(Brown, Clinton) (Entered: 01/03/2024) |
| 01/17/2024 | 41 | Joint NOTICE OF MOTION AND MOTION to Dismiss Case *First Amended Complaint (ECF 40)* filed by Attorney for Defendants Emil Assentato, Steve Weera Tonasut Trust, Tax Deed Enterprises LLC. Motion set for hearing on 2/29/2024 at 10:00 AM before Judge Maame Ewusi-Mensah Frimpong. (Attachments: # 1 Memorandum Memo Points & Auth. iso Motion to Dismiss, # 2 Exhibit Request for Judicial Notice iso Motion to Dismiss, # 3 Proposed Order Proposed Order on Motion to Dismiss) (Hickman, Frederick) (Entered: 01/17/2024) |
| 01/19/2024 | 42 | TEXT ONLY ENTRY (IN CHAMBERS) ORDER CONTINUING DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT (ECF No. 41 ) by Judge Maame Ewusi-Mensah Frimpong: The Court, on its own motion, continues the Motion from February 29, 2024 to June 6, 2024 at 10:00 a.m. before Judge Maame Ewusi-Mensah Frimpong. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbe) TEXT ONLY ENTRY (Entered: 01/19/2024) |
| 01/28/2024 | 43 | MOTION TO DISMISS OPPOSITION re: Joint NOTICE OF MOTION AND MOTION to Dismiss Case *First Amended Complaint (ECF 40)* 41 *Standing Order Section VII(B)* filed by Plaintiff Clinton Brown. (Brown, Clinton) (Entered: 01/28/2024) |
| 02/05/2024 | 44 | REPLY Reply in support of a motion *to Dismiss Under Rule 12(b)(6) and Rule 9(b) as to First Amended Complaint (Doc 42)* filed by Defendants Emil Assentato, Steve Weera Tonasut Trust, Tax Deed Enterprises LLC. (Hickman, Frederick) (Entered: 02/05/2024) |
| 06/04/2024 | 45 | SCHEDULING NOTICE TEXT ONLY ENTRY by Judge Maame Ewusi-Mensah Frimpong: The Court, on its own motion, changes the time of Defendant's Motion to Dismiss (ECF No. 41 ), currently set for June 6, 2024 at 10:00 a.m. to 2:00 p.m. before Judge Maame Ewusi-Mensah Frimpong. IT IS SO ORDERED. THERE IS NO PDF |

| | | |
|---|---|---|
| | | DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbe) TEXT ONLY ENTRY (Entered: 06/04/2024) |
| 06/06/2024 | 46 | TRANSCRIPT ORDER as to Plaintiff Clinton Brown for Court Reporter. Court will contact Clinton Brown at clinton@atlasinc.solar with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Brown, Clinton) (Entered: 06/06/2024) |
| 06/06/2024 | 47 | NOTICE of Change of address Changing attorneys address to Bond University Law School Attn: Clinton Brown Student ID: 14012853 14 University Drive Robina QLD 4226, Australia. Filed by Plaintiff Clinton Brown. (Brown, Clinton) (Entered: 06/06/2024) |
| 06/06/2024 | 48 | DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT 41 held before Judge Maame Ewusi-Mensah Frimpong. For the reasons stated on the record, the matter is taken under submission. Order to issue. IT IS SO ORDERED. Court Reporter: Laura Elias. (yl) (Entered: 06/07/2024) |
| 07/18/2024 | 49 | TRANSCRIPT for proceedings Court Reporter/Electronic Court Recorder: Laura M. Elias, phone number 213-894-0374. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 8/8/2024. Redacted Transcript Deadline set for 8/19/2024. Release of Transcript Restriction set for 10/16/2024. (Elias, Laura) (Entered: 07/18/2024) |
| 07/18/2024 | 50 | NOTICE OF FILING TRANSCRIPT filed for proceedings June 6, 2024 at 2:04 p.m. re Transcript 49 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Elias, Laura) TEXT ONLY ENTRY (Entered: 07/18/2024) |
| 09/27/2024 | 51 | ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE, DENYING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE, AND GRANTING MOTION TO DISMISS [ECF NOS. 39 , 41 ] by Judge Maame Ewusi-Mensah Frimpong. For the reasons stated herein, the Court ORDERS as follows: Brown's Request for Judicial Notice (ECF No. 39) is GRANTED. Defendants' Motion to Dismiss (ECF No. 42) is GRANTED. Brown's claims are DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close the file. IT IS SO ORDERED. (See document for further details) ( MD JS-6. Case Terminated ) (yl) (Entered: 09/27/2024) |
| 09/30/2024 | 52 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Plaintiff Clinton Brown. Appeal of Order on Motion to Dismiss Case,, 51 . (Appeal fee of $605 paid.) (Brown, Clinton) (Entered: 09/30/2024) |
| 10/07/2024 | 53 | FILING FEE LETTER issued as to Plaintiff Clinton Brown, re Notice of Appeal to 9th Circuit Court of Appeals 52 (car) (Entered: 10/07/2024) |
| 10/08/2024 | 54 | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 24-6119 assigned to Notice of Appeal to 9th Circuit Court of Appeals 52 as to Plaintiff Clinton Brown. (mat) (Entered: 10/08/2024) |
| 10/08/2024 | 55 | DESIGNATION of Record on Appeal by Plaintiff Clinton Brown re 52 (Brown, Clinton) (Entered: 10/08/2024) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 10/08/2024 20:53:43 |

| PACER Login: | clintonbrown36 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:23-cv-02972-MEMF-KS End date: 10/8/2024 |
| Billable Pages: | 7 | Cost: | 0.70 |