UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. CLINTON BROWN,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>EMIL ASSENTATO; et al.,<br><br>Defendants - Appellees. | No. 24-6119<br><br>D.C. No.<br>2:23-cv-02972-MEMF-KS<br><br>Central District of California,<br>Los Angeles<br><br>MANDATE |

The judgment of this Court, entered August 31, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT